**Order filed December 1, 2022.**



**In The**

# Fourteenth Court of Appeals

## NO. 14-21-00164-CR

**BRUCE CHARLES SHELLEY, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the County Court**
**Colorado County, Texas**
**Trial Court Cause No. 19-25,801**

### ORDER

The court requests additional briefing from the State and appellant regarding whether the "motion in procedendo" is a petition for a writ of procedendo, or is in substance a motion to dismiss. If appellant actually requested a writ of procedendo, then the clerk's record does not reflect that the county judge ordered the clerk to issue that writ. There is also no appellate briefing as to whether the county judge has the power to grant a writ of procedendo. *See* Tex. Gov't Code Ann. § 26.051.

The additional briefing should be filed with the clerk of this court before or on December 16, 2022.

PER CURIAM

Panel consists of Justices Wise, Spain, and Hassan.